# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-40038-JAR |
| ) | |
| ) | |
| DEON BUCKNER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## MEMORANDUM AND ORDER
## DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION

This matter is before the Court on Defendant Deon Buckner's Motion for Early Discharge from Supervised Release (Doc. 35). The Court has thoroughly reviewed the Defendant's motion and consulted with the United States Probation Officer assigned to supervise Defendant, and, for the following reasons, denies the motion.

Defendant was convicted in this Court of distribution of cocaine base and was sentenced to a term of 96 months of custody, later reduced to 77 months, and a 3 year term of supervised release. In a separate case, he was convicted of possession with intent to distribute approximately 12.81 grams of a mixture containing cocaine base and was sentenced to 60 months custody and 4 years supervised release. Defendant commenced supervised release in February 2011.

The United States Probation Office believes that early termination is inappropriate at this time, given his attitude during evaluation for substance abuse counseling services and

Defendant's criminal history.  Given this recommendation, the serious nature of the offense, the length of the term of supervised release and Defendant's unexceptional course of supervision, this Court finds no cause to terminate supervised release at this time.

**IT IS THEREFORE ORDERED** that the Defendant's motion for early discharge of supervised release is DENIED.

Dated: January 28, 2013

 S/ Julie A. Robinson

JULIE A. ROBINSON

UNITED STATES DISTRICT JUDGE